Alex R. Straus, SBN 321366
Astraus@Milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176

*Counsel for Plaintiff and Proposed Classes*

*Additional attorneys on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PHORNPHAN CHUBCHAI, JAVIER VALENCIA, PAULA BROOKS, individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>ABBVIE, INC. f/k/a ALLERGAN, INC., f/k/a ALLERGAN plc, and f/k/a ZELTIQ AESTHETICS, INC.,<br><br>Defendant. | Case No.: 4:21-cv-4099-YGR<br><br>[~~PROPOSED~~] **FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

[~~PROPOSED~~] FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE
Case No.: 4:21-cv-4099-YGR

1

# [~~PROPOSED~~] FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

On April 21, 2022, this Court entered an Order Granting Defendant's Motion to Dismiss, finding that the Court lacks personal jurisdiction over Defendant AbbVie, Inc. and inviting Plaintiffs to confirm by May 6, 2022 how they wish to proceed in light of the Order. (Dkt. No. 49).

On May 6, 2022, Plaintiffs confirmed that they do not intend to pursue the class action claims asserted in this matter and that the parties have agreed to a tolling of Plaintiffs' respective statutes of limitations for a period of 45 days, from May 6, 2022 until June 21, 2022, while Plaintiffs assess their options to pursue their respective individual claims. By entering into this tolling agreement, the parties do not waive any argument as to any claims or causes of action that may have expired or been barred by, or limit in any way the assertion of any defense based upon the statute of limitations prior to the tolling effective date.

Accordingly, pursuant to Rule 58(b)(1)(C) of the Federal Rules of Civil Procedure, **FINAL JUDGMENT** is hereby entered as follows:

1. Plaintiffs' claims against Defendant AbbVie, Inc. are dismissed without prejudice and the parties are to bear their own respective costs and attorneys' fees.

Dated: May 10, 2022

_____
YVONNE GONZALEZ ROGERS
United States District Judge